## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIN RUBIN, A/K/A ERIN RUBIN OCHOA, | : No. 609 WAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MICHAEL RAMON OCHOA, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.